UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONN MARQUEE BRILEY (EX. REL.
ASARU NESU AMUN RE BEY),

    Plaintiff,

   -against-

CITY OF YONKERS; MIKE RAMONELLI;
VICNENT SPANO; NERISSA D. PENA;
EVAN INLAW; VERRIS BUNAH SHAKO;
KAREN NICOLE BEST; MICHAEL HEATH;
DENNINE A. SMIDDY; JOSEPH NAGLE;
NICOLE KOSMOLSICK; DANIEL EPHRAIM
LIBERSOHN; AMY ORANGE FINZIE,

    Defendants.

25-CV-1105 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff, who is proceeding *pro se*, brings this action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. By order dated March 19, 2026, the Court dismissed the complaint but granted Plaintiff 30 days' leave to file an amended complaint. (ECF No. 9.) By letter dated April 21, 2026, Plaintiff requested an additional 30 days to file an amended pleading. (ECF No. 10.)

Plaintiff's motion is GRANTED. The Court grants Plaintiff 30 days' leave, from the date of this order, to file an amended pleading consistent with the instructions set forth in the order dated March 19, 2026.

If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter judgment dismissing this action for the reasons set forth in the order dated March 19, 2026.

2

The Clerk of Court is directed to terminate the motion pending at ECF No. 10.

SO ORDERED.

Dated:    April 23, 2026
          New York, New York

_____
          Louis L. Stanton
          U.S.D.J.

2