UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONN MARQUESE BRILEY,

                    Plaintiff,

        -against-

CITY OF YONKERS; et al.,

                    Defendants.

25-CV-1105 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated March 19, 2026, the Court directed Plaintiff to file an amended pleading within 30 days. (ECF No. 9.) That order specified that failure to comply would result in dismissal of this action. Plaintiff subsequently moved for a 30-day extension of time to file an amended pleading, which the Court granted by order dated April 23, 2026. (ECF Nos. 10-11.) Plaintiff has not filed an amended pleading. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the Court's order dated March 19, 2026.

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:   June 2, 2026
         New York, New York

                                        *Louis L. Stanton*
                                        Louis L. Stanton
                                        U.S.D.J.