UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONN MARQUESE BRILEY, | |
| Plaintiff, | 25 CIVIL 01105 (LLS) |
| -against- | **CIVIL JUDGMENT** |
| CITY OF YONKERS; ET AL., | |
| Defendants. | |

For the reasons stated in the June 2, 2026, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the Court's order dated March 19, 2026.

SO ORDERED.

Dated:    June 4, 2026

New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge